JAMES ROOSEVELT, as Executor and Trustee of WILLIAM EDGAR HOWLAND, Deceased, Respondent, *v.* THE LAND AND RIVER IMPROVEMENT COMPANY, Appellant, et al., Respondents.

*Roosevelt* v. *Land & River Improvement Co.*, 3 App. Div. 563, affirmed.
(Argued October 6, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1896, which modified and, as modified, affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward B. Hill* and *Alfred Jeretzki* for appellant.

*James R. Soley, Charles E. Miller, Payson Merrill, B. D. Silliman* and *Frederic A. Ward* for respondents.

Judgment affirmed on opinion below, with costs.
All concur.

---

WILLIAM HAUX, as Executor of WILLIAM HAUX, Deceased, et al., Respondents, *v.* THE DRY DOCK SAVINGS INSTITUTION et al., Respondents; JOHN T. DOWNING, as Guardian ad Litem of JAMES J. DOWNING, et al., Appellants.

*Haux* v. *Dry Dock Savings Institution*, 2 App. Div. 165, affirmed.
(Argued October 7, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1896, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at a Special Term of the late Superior Court of the city of New York.

*Hector M. Hitchings* for appellants.

*Joseph Rowan* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.